

**SO ORDERED,**

*Jason D. Woodard*

**Judge Jason D. Woodard**

**United States Bankruptcy Judge**

**The Order of the Court is set forth below. The case docket reflects the date entered.**

## UNITED STATES BANKRUPTCY COURT
_____Northern_____ DISTRICT OF MISSISSIPPI

IN RE: *Kathy Mitchell*

CASE NO. *18-12962*

**DEBTOR(S)**

CHAPTER  7

## AGREED ORDER EXTENDING DEADLINES FOR CASE TRUSTEE AND U.S. TRUSTEE TO FILE §727 COMPLAINTS, MOTIONS FOR DISMISSAL FOR ABUSE, AND/OR OBJECTIONS TO CLAIMS OF EXEMPT PROPERTY

On **ore tenus** motion of the debtor(s) and the trustee in the above styled cause to extend the deadlines for filing § 727 complaints, a motion to dismiss for abuse, and/or objections to claims of exempt property by the case trustee or United States Trustee and the Court, having considered the same, finds for good cause shown that said **ore tenus** motion should be granted, therefore,

**IT IS ORDERED** that

(1)    The time for filing § 727 complaints is hereby extended to sixty (60) days after the conclusion of the § 341(a) meeting of creditors; and

(2)    The time for filing a motion to dismiss for abuse is hereby extended to sixty (60) days after the conclusion of the § 341(a) meeting of creditors; and

(3)    The time for filing objections to debtors' claims of exemptions is hereby extended to thirty (30) days after the conclusion of the § 341 (a) meeting of creditors.

## END OF ORDER##

APPROVED AND AGREED TO:

*Robert Hill*   MSB# 104186

Counsel for Debtor(s)

Trustee